ACCEPTED
05-23-00681-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/15/2024 3:37 PM
RUBEN MORIN
CLERK



**DALLAS COUNTY
DISTRICT ATTORNEY
JOHN CREUZOT**
Appellate Division

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/15/2024 3:37:33 PM

Ruben Morin
Clerk

February 15, 2024

Rubin Morin
Clerk of the Court
Court of Appeals, Fifth District
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:  *Zachary Williams v. The State of Texas*
     Cause Nos. 05-23-00680-CR, 05-23-00681-CR, 05-23-00682-CR
     Appearance of Counsel for The State of Texas

Mr. Morin,

   I will be representing the State of Texas in this proceeding.

                          Sincerely,

                          /s/ Grace E. Shin
                          Grace E. Shin
                          Assistant District Attorney
                          State Bar No. 24033062
                          Frank Crowley Courts Building
                          133 N. Riverfront Boulevard, LB-19
                          Dallas, Texas 75207-4399
                          (214) 653-3634
                          grace.shin@dallascounty.org

cc:   Attorney for appellant,
      Kristin R. Brown

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Grace Shin
Bar No. 24033062
GShin@dallascounty.org
Envelope ID: 84565866
Filing Code Description: Letter
Filing Description: Appearance of Counsel for the State of Texas
Status as of 2/15/2024 3:44 PM CST

Associated Case Party: Zachary  Williams

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kristin R.Brown | | kbrown@idefenddfw.com | 2/15/2024 3:37:33 PM | SENT |

Associated Case Party: State of Texas--DALLAS COUNTY DAO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Grace Shin | | grace.shin@dallascounty.org | 2/15/2024 3:37:33 PM | SENT |